```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
GENE BROWN, KENNETH EDWARDS, ALAN        :
HANDELL, ROBERT HEISS, CAROLINE          :   08 CIV. 857 (DLC)
JAIARIE, KRISTIN LEU, KEVIN O'SULLIVAN,  :
JUAN PAZMINO, HARRY PRECOURT and         :   PRETRIAL
ROSALIND WILSON,                         :   SCHEDULING ORDER
                Plaintiffs,              :
                                         :
        -v-                              :
                                         :
PHILIP J. CALDARELL,                     :
                                         :
                Defendant.               :
                                         :
-----------------------------------------X
```

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 1/29/08*

DENISE COTE, District Judge:

    As set forth at the pretrial conference held on January 24, 2008 to address plaintiffs' order to show cause for preliminary injunction, the following schedule shall govern the further conduct of pretrial proceedings in this case:

    Defendant's opposition shall be served by February 1, 2008 and the reply shall be served by February 8.

    At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
            January 25, 2008

                                      _____
                                           DENISE COTE
                                United States District Judge