

**LAW OFFICES OF RONALD I. PALTROWITZ**
24 JUNIPER RIDGE DRIVE
DANBURY, CONNECTICUT 06811
TELEPHONE: 917.822.2881
TELECOPIER: 203.730.2022
E-MAIL: RPAL@PALTROWITZLAW.COM

**MEMO ENDORSED**

February 1, 2008

**By Federal Express**

Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1040
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08
```

    Re:    *Gene Brown, et al. v. Philip J. Caldarella*
           08 CV 0857

Dear Judge Cote

    I am writing to request an extension of time for Defendant to file opposition papers in the above-reference matter from February 1, 2008 to February 6, 2008 and for Plaintiffs to file their reply papers from February 8, 2008 to February 13, 2008. Cousel for Plaintiffs has consented to this request.

    Thank you.

Very truly yours,

Ronald I. Paltrowitz, Esq. (RP-2476)
Attorney for Defendant

So Ordered: _____
Denise L. Cote, USDJ
February 4, 2008

RIP:dt
cc:    Renee Phillips, Esq. (by e-mail)
       Orrick, Herrington & Sutcliffe LLP
       Attorneys for Plaintiffs