UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GENE BROWN, KENNETH EDWARDS,
ALAN HANDELL, ROBERT HEISS,
CAROLINE JAISARIE, KRISTIN LEU,
KEVIN O'SULLIVAN, JUAN PAZMINO,
HARRY PRECOURT and ROSALIND WILSON,

                        Plaintiffs,                     08 CV 0857 (DC)

        - against –

PHILIP J. CALDARELLA,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF APPEARANCE

        Please take notice that Ronald I. Paltrowitz, Esq., hereby appears as attorney for
Defendant, Philip J. Caldarella, all future correspondence and papers in connection with
this action are to be directed to me at the address indicated below.

                        24 Juniper Ridge Drive
                        Danbury, CT 06811
                        Tel.: (917) 822-2881
                        Fax: (203) 730-2022

Dated: February 6, 2008 ,

                                        Ronald I. Paltrowitz (RP-2746)