UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
..........................................x
GENE BROWN, KENNETH EDWARDS,
ALAN HANDELL, ROBERT HEISS,
CAROLINE JAISARIE, KRISTIN LEU,
KEVIN O'SULLIVAN, JUAN PAZMINO,
HARRY PRECOURT and ROSALIND WILSON,

                  Plaintiffs,                08 CV 0857 (DLC)

    - against —

PHILIP J. CALDARELLA,

                  Defendant.
..........................................x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   Ronald I. Paltrowitz, Esq.

| | |
|---|---|
| X | *Attorney* |
| X | I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: 1082619 |
|   | I am a Pro Haec Vice attorney |
|   | I am a Government Agency attorney |
| X | *Law Firm/Government Agency Association* |
|   | From:   Paltrowitz & Kaufman LLP |
|   | To:   Law Offices of Ronald I. Paltrowitz |
| X | I will continue to be counsel of record on the above-entitled case at my new firm/agency. |
|   | I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ |
| X | *Address:* 24 Juniper Ridge Drive, Danbury, CT 06811 |
| X | *TelephoneNumber:* (917)822-2881 |
| X | *Fax Number:* (203) 730-2022 |
| X | *E-Mail Address:* rpal@paltrowitzlaw.com |

Dated: February 6, 2008

*Ronald I. Paltrowitz (RP-2746)*