UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GENE BROWN, KENNETH EDWARDS,
ALAN HANDELL, ROBERT HEISS,
CAROLINE JAISARIE, KRISTIN LEU,
KEVIN O'SULLIVAN, JUAN PAZMINO,
HARRY PRECOURT and ROSALIND WILSON,

                          Plaintiffs,                        08 CV 0857 (DLC)

   - against –

PHILIP J. CALDARELLA,

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## Rule 7.1 Statement

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Philip J. Caldarella (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                                          None

Date: February 6, 2008

*[signature]*
Ronald I. Paltrowitz (RP-2746)