UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GENE BROWN, KENNETH EDWARDS,
ALAN HANDELL, ROBERT HEISS,
CAROLINE JAISARIE, KRISTIN LEU,
KEVIN O'SULLIVAN, JUAN PAZMINO,
HARRY PRECOURT and ROSALIND WILSON,

                       Plaintiffs,                        08 CV 0857 (DC)

  - against –

PHILIP J. CALDARELLA,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIRMATION OF SERVICE

   I, Ronald I. Paltrowitz, Esq., declare under penalty of perjury that I have served a copy of the attached Answer upon Orrick, Herrington & Sutcliff LLP, Attorneys for Plaintiffs, whose address is 666 Fifth Avenue, New York, New York 10103, by E-Mail at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth above:

                       Renee Phillips, Esq.
                       rphillips@orrick.com

Dated: New York, New York
       February 6, 2008

Ronald I. Paltrowitz (RP-2746)

                       24 Juniper Ridge Drive
                       Danbury, CT 06811
                       (917) 822.2881