UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GENE BROWN, KENNETH EDWARDS,
ALAN HANDELL, ROBERT HEISS,
CAROLINE JAISARIE, KRISTIN LEU,
KEVIN O'SULLIVAN, JUAN PAZMINO,
HARRY PRECOURT and ROSALIND WILSON,

                Plaintiffs,                08 CV 0857 (DC)

   - against –

PHILIP J. CALDARELLA,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIRMATION OF SERVICE

   I, Ronald I. Paltrowitz, Esq., declare under penalty of perjury that I have served a copy of the attached Defendant's Declaration, Affidavit, and Memorandum of Law in Opposition to Application for Preliminary Injunction upon Orrick, Herrington & Sutcliff LLP, Attorneys for Plaintiffs, whose address is 666 Fifth Avenue, New York, New York 10103, by E-Mail at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth above:

                                 Renee Phillips, Esq.
                                 rphillips@orrick.com

Dated: New York, New York
         February 6, 2008

                                 Ronald I. Paltrowitz (RP-2746)

                                 24 Juniper Ridge Drive
                                 Danbury, CT 06811
                                 (917) 822.2881