UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENE BROWN, KENNETH EDWARDS, ALAN HANDELL, ROBERT HEISS, CAROLINE JAISARIE, KRISTIN LEU, KEVIN O'SULLIVAN, JUAN PAZMINO, HARRY PRECOURT AND ROSALIND WILSON,

    Plaintiffs,

-against-

PHILIP J. CALDARELLA,

    Defendant.

JUDGE COTE

Case No. 08 CV 0857

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

*Superseded by orders of January 25, 2008, and February 4, 2008.*
/s/ Denise Cote
February 7, 2008

    Upon consideration of the Complaint dated January 24, 2008 and the exhibits annexed thereto, the Declaration of Renee Phillips, and the accompanying Memorandum of Law submitted herewith, it is hereby

    **ORDERED** that Defendant show cause before a motion term of this Court, at Room ___, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _____, 2008, at _____ __.m., or as soon thereafter as counsel may be heard, why a preliminary injunction should not be issued herein pursuant to Rule 65 of the Federal Rules of Civil Procedure, pending the final hearing and determination of this action:

    1. Enjoining Defendant from proceeding against Plaintiffs in American Arbitration Association Case No. 13-460-02030-07.

    **IT IS FURTHER ORDERED** that personal service of a copy of this Order, annexed Declaration, and accompanying Memorandum of Law on defendant or his counsel on or before noon on _____, 2008 shall be deemed good and sufficient service hereof.

OHS East:160367695.1
910098-52 RBP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

**IT IS FURTHER ORDERED** that answering papers, if any, for hearing on the motion for a preliminary injunction shall be served upon the attorneys for Plaintiffs by personally delivering copies thereof to Plaintiffs' counsel on or before _____, 2008.

**IT IS FURTHER ORDERED** that reply papers, if any, for hearing on the motion for a preliminary injunction shall be served upon the attorneys for Defendant by personally delivering copies thereof to Defendant's counsel on or before _____, 2008.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE