UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . x
GENE BROWN, KENNETH EDWARDS,
ALAN HANDELL, ROBERT HEISS,
CAROLINE JAISARIE, KRISTIN LEU,
KEVIN O'SULLIVAN, JUAN PAZMINO,
HARRY PRECOURT and ROSALIND WILSON,
                               Plaintiffs,                    08 CV 0857 (DLC)

    -  against ─

PHILIP J. CALDARELLA,
                               Defendant.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Ronald I. Paltrowitz, Esq.

| | |
|---|---|
| X | *Attorney* |
| X | I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: |
| | RP-2746 (SDNY) – 1082619 (New York) |
| | I am a Pro Haec Vice attorney |
| | I am a Government Agency attorney |
| X | *Law Firm/Government Agency Association* |
| | From:   Paltrowitz & Kaufman LLP |
| | To:     Law Offices of Ronald I. Paltrowitz |
| X | I will continue to be counsel of record on the above-entitled case at my new firm/agency. |
| | I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ |
| X | *Address:* 40 Wall Street, 61st Floor, New York, NY 10005 |
| X | *Telephone Numbers:* (212) 530-4411 and (917)822-2881 |
| X | *Fax Numbers:* (212) 530-4488 and (203) 730-2022 |
| X | *E-Mail Address:* rpal@paltrowitzlaw.com |

Dated: April 28, 2008

*(signature)*
Ronald I. Paltrowitz (RP-2746)