```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
GENE BROWN, KENNETH EDWARDS, ALAN       :
HANDELL, ROBERT HEISS, CAROLINE         :
JAISARIE, KRISTIN LEU, KEVIN            :   08 Civ. 857 (DLC)
O'SULLIVAN, JUAN PAZMINO, HARRY         :
PRECOURT, AND ROSALIND WILSON,          :   ORDER OF
                    Plaintiffs,         :   DISCONTINUANCE
                                        :
            -v-                         :
                                        :
PHILIP CALDARELLA,                      :
                    Defendant.          :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/09

DENISE COTE, District Judge:

It having been reported to this Court that this case has been resolved, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without costs to any party.

SO ORDERED:

Dated:   New York, New York
         October 8, 2009

                                    _____
                                            DENISE COTE
                                    United States District Judge